Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
AMAL ZAKHOLY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAL ZAKHOLY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NAVIENT SOLUTIONS, INC. ) <br> formerly known as SALLIE MAE, INC. ) <br> and DOES 1 through 25 ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:14-CV-2627-CAB-BLM <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff AMAL ZAKHOLY ("Plaintiff")

and Defendant NAVIENT SOLUTIONS, INC. formerly known as SALLIE MAE,

INC. ("Defendant") have settled the above captioned case.

Plaintiff and Defendant anticipate filing a joint motion dismissing all

Defendants from this action with prejudice within 45 days.

Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case, as well as any scheduled hearings, including the ENE currently scheduled for February 18, 2015 at 1:30 p.m. be vacated.

Respectfully submitted,

DATED: February 3, 2015        **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
    Alex Asil Mashiri
    Attorney for Plaintiff,
    AMAL ZAKHOLY